IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER G. BATTLE and REBECCA L. BATTLE | PLAINTIFFS |
| v. | CAUSE NO. 1:11CV187-LG-RHW |
| GMAC MORTGAGE, LLC; MORRIS & ASSOCIATES; and JOHN AND JANE DOES 1-10 | DEFENDANTS |

### FINAL JUDGMENT

This matter came before the Court on the Motion for Summary Judgment [12] filed by the defendants and pursuant to the Court's prior Orders [32, 38] requiring the plaintiffs, Christopher G. Battle and Rebecca L. Battle, to file an amended complaint naming John and Jane Does 1-10.  The Court, after a full review of the record in this matter and the relevant legal authority, finds that in accord with the Order [32] Granting Defendants' Motion for Summary Judgment and the Order Dismissing John and Jane Does 1-10 entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of GMAC Mortgage, LLC, and Morris & Associates pursuant to Fed. R. Civ. P. 56. The Battles' claims against GMAC Mortgage, LLC, and Morris & Associates are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Battles' claims against John and Jane Does 1-10 are **DISMISSED WITHOUT PREJUDICE**

pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE